IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal No. 99-50 |
| ) | |
| ANDREW F. GALO, ) | |
| ) | |
| Defendant. ) | |

ORDER

AND NOW, this 5th day of May, 2010, upon consideration of Defendant's pro se Motion for Inquiry (document No. 53) filed in the above captioned matter on April 27, 2010,

IT IS HEREBY ORDERED that said Motion is DENIED. Defendant asks the Court to determine whether his term of supervised release should not be tolled while he remains in detention pursuant to 18 U.S.C. § 4248. However, he does not allege that the United States Probation Office has made such an adverse determination. In the absence of the assertion of "a direct and immediate impact" by a decision of the United States Probation Office, there is no case or controversy that is ripe for adjudication. United States v. Johnson, 446 F.3d 272, 278-79 (2d Cir. 2006).

s/Alan N. Bloch
United States District Judge

ecf:   Counsel of record

cc:    Andrew F. Galo
       #06531-086
       FCI Butner
       P.O. Box 1000
       Butner, NC 27509